FEDERAL DISTRICT COURT NEWARK NEW JERSEY

RE-HABEOUS CORPOUS 2254

R█████ M█████ R█████

RESIDENT OF THE STATE OF NEW JERSEY 2008-2009

ULAWFULLY SIEZED WITHOUT A WARRAT "WITHOUT A COURT ORDER ,

IN NEW YORK STATE ON MAY 14TH 2009 *CONTINUES TO BE unlawfully Detained IN New YORK STATE. HELD AGAINST HER WILL FROM HER Biological PARENTS. New JERSEY WAS INDISPUTABLY REIR HOME STATE'.*

JEANETTE WOOLSEY-ROSS .....PLAINTIFF BIOLOGICAL / NATURAL MOTHER

HOWARD ROSS................PLAINTIFF BIOLOGICAL/ NATURAL FATHER

V

DESIREE MITZEL,,,,,,,,NON-PARENT /THIRD PARTY

CHARLES MITZEL........NON-PARENT /THIRD PARTY


On May 14th 2009 RMR was unlawfully "SIEZED" WITHOUT A COURT ORDER ""WITHOUT A WARRANT "A CHILD NOT" IN IMMINENT DANGER, from St. Luke's Hospital Newburgh New York State,

RMR was a domiciled resident of the State Of New Jersey on May 1th 2009 and at least 6 months prior as a matter of Law , under the PARENTAL KIDNAPPING PREVENTION ACT ,THE UCCJA-ACT , THE UCCJEA-ACT WHICH SUPERCEEDS THE UCCJA-ACT .

RMR was unlawfully seized from the care and custody of Jeanette Woolsey-Ross & Howard Ross  in violation of the "WARRANT CLAUSE""DUE PROCESS CLAUSE" A Constitutional Violation of Rights

RMR is being held against her will from the care and custody of her biological parents violating the 4th, 5th 6th 8th 9th 14th amendments of the United States Constitution.

*RMR life liberty pursuit of happiness in the care and custody rightfully hers with her biological parents /Our Family and Family Property Law has been violated, and clear and substantial material evidence has been submitted to substantiate our claim.

RMR was a resident Domiciled at 404 garibaldi Avenue Lodi New Jersey on May 14th 2009 and at least 6 months prior as a matter of Law under the Parental KIDNAPPING Act, but longer,

Both Biological Parents resided together at 404 garibaldi Avenue Lodi New Jersey with RMR at 404 Garibaldi Avenue Lodi New Jersey as an intact family unit. Unit Reece Mikaylah Ross was unlawfully seized from St Luke's Hospital on May 14th 2009 approx. 10pm, by Orange County New Yok State CPS Goshen New York.

False allegations of abuse were perpetrated, on preponderance of evidence which is a violation of Constitutional rights. Santosky v Kramer ., *LATER Completly Dropped WITHDRAWN IN New YORK STATE, THAT LACKED JURISdiction TO ever ENTER ANY order's DISPOSISTIONS, Judgments, Adjudications IN Re-RMR.*

New York State lacked Subject Matter Jurisdiction, Personal Jurisdiction, Substantive Jurisdiction, Residential Jurisdiction to enter any orders, dispositions, judgements, or adjudications ever in re-RMR. Because RMR was a resident Domiciled in the State Of New Jersey

Due Process Of Law was violated when the state of New York Orange County CPS and Orange County Family Court did NOT DEFER TO THE HOME STATE OF NEW JERSEY In violation of DUE PROCESS CLAUSE , IN VIOLATION OF HE PKPA-ACT THE UCCJA-ACT THE UCCJEA-ACT , RULES, LAWS, CODES STATUES .

THE Biological father Howard Ross was not mentioned in the petition , and not assigned an attorney to be a joinder party , and not afforded an opportunity to be heard before RMR was wrongfully placed in Foster Care .VIOLATION OF DUE PROCESS OF LAW .

A 1028 proceeding was filed for and a 1028 proceeding was never held . As material evidence was submitted July 13th 2009 without the knowledge of Jeanette Woolsey Ross or Howard Ross , the 1028 proceeding was withdrawn . This action was concealed all these years as newly discovered material evidence substantiates.

As a matter of Law , and the Constitutional right to Due Process of law , a 1028 proceeding is mandatory and a DUE Process right, UNDER THE DUE PROCESS CLAUSE to both parents , IS TO BE HELD within 72 hrs of a "seizure pf a child lawful or unlawful .

Material Evidence substantiates that on July 13th 2009 that mandatory Due Process right was violated

The Mitzels were granted a Temporary Guardianship on August 4th 2010 from Orange County Family Court, A sub-sequential order from the unlawful seizure of Reece Mikaylah Ross, where The Orange County Family Court lacked Subject Matter Jurisdiction, Personal Jurisdiction, substantive Jurisdiction, Residential Jurisdiction. CURRENTLY withHOLDING Reece AGAINST HERWILL FROM HER BioLOGICAL PARENTS IN New YORKSTATE, THAT LACKS/LACKed JURISDICTION. Newly discovered evidence substantiates that RMR was NOT in imminent danger, when New York State unlawfully seized RMR IN VIOLATION OF THE 4TH AMMENDMENT. UNLAWFUL SEARCH & SIEZURE.

The Mitzels were granted a temporary Guardianship of RMR on August 4th 2010 by Hon, Judge Bivona in Orange County Family Court New York State a court that lacked subject matter jurisdiction, Personal Jurisdiction, substantive jurisdiction, Residential Jurisdiction. CPS ORANGE COUNTY GOSHEN NEW YORK, ORANGE COUNTY FAMILY COURT, did this knowingly and willingly as the address used to unlawfully seize and unlawfully detain RMR IN NEW YORK STATE was 405 woodland Hills Goshen NEW YORK STATE an address that no one ever lived at ever, and The Orange County CPS Goshen New York had full knowledge, that Jeanette Woolsey Ross, Howard Ross, Reece Mikaylah Ross were all domiciled residents in the state of New Jersey.

The Ulster County Family Court, has not acknowledge the Habeous Corpus filed on June 1st 2017, No written order decision or acknowledgement of the petition was given Due Process of Law, and that was 2 months ago today being August 12th 2017 a violation of Due Process of Law,

In the Ulster County Family Court New York State , the court lacks Jurisdiction , as the temporary Guardianship was entered in Orange County Family Court that lacked Subject Matter Jurisdiction , Personal Jurisdiction , Substantive Jurisdiction . Residential Jurisdiction, and is a sub-sequential order arising from the unlawful seizure of RMR who was a resident of the State Of New Jersey, and the property of the State Of New Jersey and The property of her biological parents Jeanette Woolsey Ross &

Howard Ross who also were residents domiciled in TH state of New Jersey, Reece Mikaylah Ross "Home State." Home State Priority under Federal Law, and the Due Process rights protected under Federal Law.

The Mitzels having full knowledge, and the Ulster County Family Court having Full Knowledge, with multiple motions being filed since March 2017 on the matter of lack of subject matter jurisdiction lacking, and the violation of Due Process rights, The Custodial Interference, The violation of the PKPA-ACT, THE UCCJA-ACT, THE UCCJEA-ACT THAT SUPERCEEDS THE UCCJA-ACT.

VIOLATION OF THE Equal Protection Act -and violation of the Due process claus, where unmarried biological parents, The Government must provide a child's unmarried biological parents with the opportunity to step forward if they are seeking custody in Stanley v Illinois 405 US 645925 ct 1208 ,316 8d 2d 551 (1970),

Howard Ross who was with Jeanette Woolsey Ross to go pickup their biological daughter at the hospital at St. Lukes Hospital on May 14th 2009 , was never interview by the Orange County CPS worker , was never interviewed by the doctor , and was thrown out of the hospital , violating his parental and Due Process rights .

The Orange County CPS Goshen NEW YORK , stated that NO suitable person /relative could take Reece , when they did not investigate , and when they lacked jurisdiction over both biological parents and the child RMR,

Howard Ross at the hospital was NOT served , was NOT named in any petition , and was denied the right to take his child RMR back home to The State Of New Jersey ,, where New York State lacked Jurisdiction ,,, violating The Parental Kidnapping Act , and Due PROCESS OF LAW ,, THIS IS OUTRIGHT KIDNAPPING ,, IN VIOLATION OF THE PKPA-ACT , AN IS A CONSTITUTIONAL VIOLATION .

Howard Ross was never served and never afforded an opportunity to be heard and his fitness as a parent determined before RMR was placed in foster care

PKPA-ACT SPECIFICALLY STATES THAT "HOME STATE PRIORITY JURISDICTION "COMES OVER ANY OTHER JURISDICTION, THE ORANGE COUNTY FAMILY COURT HAD FULL KNOWLEDGE THAT THE HOME STATE WAS THE STATE OF NEW JERSEY 404 GARIBALDI AVENUE LODI NEW JERSEY, AND CONCEALED, AND OBSTRUCTED JUSTICE BY FRAUDULENTLY USING THE ADDRESS 405 WOODLAND HILLS GOSHEN NEW YORK, AN ADDRESS NOONE EVER LIVED AT ...

The constitutional rights violated –

August 14th 2011

signed- Jeanette Woolsey Ross

signed- Howard Ross  8/14/07

Date- August 14th 2017

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

**FORM FOR USE IN APPLICATION
FOR HABEAS CORPUS UNDER 28 U.S.C. §2254**

2017 AUG 16 A 9 48

Name Jeanette Woolsey Ross + Howard Ross on Behalf

of Biological/Natural Daughter (R████ M█████ R████

Prison Number 295 Lucas Ave Kingston New York

Place of Confinement

United States District Court for the District of Newark New Jersey

Case No. _____

(to be supplied by Clerk of U.S. District Court). Biological/Natural Parents of

Jeanette Woolsey Ross + Howard Ross _____, PETITIONER R.M.R.

(Full name) (Include name under which you were convicted)

v.

Desiree Mitzee and Charles Mitzee _____, RESPONDENT

(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _____

_____, ADDITIONAL RESPONDENT.

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

**PETITION**

1. Name and location of court which entered judgment of conviction under attack May 14th 2009 approx 10pm
2. Date of judgment of conviction Unlawfully siezed on May 14th 2009
3. Length of sentence Continues to be unlawfully Detained. Sentencing Judge Hon. Judge Bivonia in NYS
4. Nature of offense or offenses for which you were convicted: Keece Mikaylah Ross was Unlawfully siezed on May 14th 2009 from St. Luke's Hospital Newburge New York without a warrant without a court order, A child
5. What was your plea? (Check one) NOT IN imminent DANGER, As Newly
   (a) Not guilty [✗] Discovered Evidence substantiates.
   (b) Guilty [ ]
   (c) Nolo contendere [ ]
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

(3) Grounds raised _____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes [ ] No [ ]

(5) Result _____

(6) Date of result _____

(d) Did you appeal the result of any action taken on any petition, application or motion to the highest state court having jurisdiction: *NO as New York State*

(1) First petition, etc.     Yes [ ] No [ ] *Orange County Family Court -*
(2) Second petition, etc.   Yes [ ] No [ ] *Lacked Subject-Matter, Personal*
(3) Third petition, etc.    Yes [ ] No [ ] *Substantive, Residental Jurisdic*

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: *As Newly Discovered Evidence Substanti*

*Newly Discovered Evidence Has Sebstantiated Constitutional Violatians Of Federal/State Law*

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

A. Ground one: *Violation of Due Process of Law*

Supporting FACTS (tell your story briefly without citing cases or law):
*R.M.R Un lawfully siezed without a warrant, without a court order, Held For 8 Days Hostage IN NYS at undiscovered location Without Due Process of Law, 1028 was Never Held ever Biological Father Never Recieved Due Process Before, M.R was Placed IN Foster Care with strangers,*

B. Ground two: *Unlawful Search + Siezure Violation of the 4th Ammendment*

Supporting FACTS (tell your story briefly without citing cases or law):
*R.M.R was Unlawfully Siezed on May 14th 2009 a pprox 10pm From St. Lukes Hospital without a warrant, without a Court order, A child Not IN imminent Danger who was A Resident Domiciled IN the State of New Jersey - NYS lacked lacked Jurisdict*

C. Ground three: *Violation of the 1st, 4th, 5th, 6th, 8th, 9th, 14th Amendment*

Supporting FACTS (tell your story briefly without citing cases or law):

_____

_____

_____

D. Ground four:_____

Supporting FACTS (tell your story briefly without citing cases or law):

_____
_____
_____
_____

13. If one of the grounds listed in 12A, B, C, and D were not previously presented to any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes [✓] No [ ]

15. Give name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein: Pro -- Se
(a) At preliminary hearing _____
_____
(b) At arraignment and plea _____
_____
(c) At trial _____
_____
(d) At sentencing _____
_____
(e) On appeal _____
_____
(f) In any post-conviction proceeding _____
_____
(g) On appeal from an adverse ruling in a post-conviction proceeding_____
_____
_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes [ ] No [✓]

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes [ ] No [✓]

6. Kind of trial: (Check one)
   (a) Jury [ ]
   (b) Judge only [✓]

7. Did you testify at the trial? Yes [ ] No [ ]

8. Did you appeal from the judgment of conviction? Yes [ ] No [ ]

9. If you did appeal, answer the following:
   (a) Name of Court _____
   (b) Result _____
   (c) Date of result _____

   If you filed a second appeal to the Supreme Court of New Jersey or filed a
   petition for certiorari in the Supreme Court of the United States, give details:
   _____ N/A _____

10. Other than a direct appeal from the judgment of conviction and sentence, have
    you previously filed any petitions, applications, or motions with respect to this
    judgment in any court, state or federal? Yes [✓] No [ ]

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of Court NORTHERN DISTRICT Federal Court
        (2) Nature of Proceeding HABEUS CORPUS — Jeanette Woolsey
            Only Filed.
        (3) Grounds raised Newly Discovered evidence
            was NOT Given
        _____
        (4) Did you receive an evidentiary hearing on your petition, application or
            motion? Yes [ ] No [✓]
        (5) Result Dismissed
        (6) Date or result _____
    (b) As to any second petition, application or motion give the same
        information:
        (1) Name of Court Hackensack Bergen County Court Civil Division
        (2) Nature of Proceeding Habeas Corpus writ of PROHIBITION
            ON ULSTER County NYS Family Court
        (3) Grounds raised THE PKPA Act, UccTEA ACT UCCJA Act
            + Constitutional Rights Violated, R___ M___
            R___ is Being withheld against Her will from Her
            Biological Parents.
        (4) Did you receive an evidentiary hearing on your petition, application or
            motion? Yes [ ] No [✓]
        (5) Result Dismissed Because the 1st Petition is in the
            New Jersey
        (6) Date of result _____ appellate
    (c) As to any third petition, application or motion give the same information: Division
        (1) Name of Court Ulster County Family Court NYS
        (2) Nature of Proceeding Adoption Proceeding, we are
            we motioned For Habeas Corpus, Vacate
            the temporary Guardianship, Dismiss the
            Adoption Petition, AND any and All subsequent
            Orders, Adjudications, Dispositions, Judgements
            that Arose out of ___ an ___ R___
            Unlawful Siezure on May 14th 2009 in
            New York State. R___ was a New Jersey
            Resident, Home State New Jersey"

[Handwritten in left margin:] Jeanette Woolsey Ross
Hand Ross)
August 16, 2017

# ATTACHMENT A

11 Documents OF EVIDENCE Submitted under attachment A TO Federal DISTRICT COURT New Jersey

EVIDENCE #1

#1

Keep this stub with your personal records. The other side contains important information.

Please note: The date we issued this card is shown below the signature line.

R█████ M███████ R███
404 GARIBALDIE AVE
LODI NJ 07644-3749

ADULTS: Sign this card in ink immediately.
CHILDREN: Do not sign until age 18 or your first job, whichever is earlier.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.



EVIDENCE #1

# BERGEN COUNTY BOARD OF SOCIAL SERVICES
216 STATE ROUTE 17 NORTH
ROCHELLE PARK, NJ 07662-3300

January 30, 2009

JEANETTE WOOLSEY
APT 4
404 GARIBALDI AVE
LODI, NJ  07644

Illmdmbllmdmbllmdlnlmd

Dear Ms. WOOLSEY:

Case No.:       C120003002
Case Name:      WOOLSEY

The following information is needed to complete verification of your case:

**** COPY OF SOCIAL SECURITY CARD FOR MADISON ROSS **** *Madison's Birth Cert (FS)*

**** COPY OF SOCIAL SECURITY CARD FOR REECE ROSS **** *Birth Certificate. (FS)*

*Updated Support letter (FC)*
*Copy of Lease for Stacey (FS)*
*Rent Receipt (FS)*
*Copy of Recent Bank Statement (FS)*

☐ **School letter:**  From your children's school or Board of Education showing your child(children's) name(s), your address, and stating that your children are currently attending classes and registered as residing at your current address.

**Please submit this verification by** ................... _____ .

☐ **You may qualify for the following benefit:** _____ __. Regulations for the WorkFirst NJ Program require that you file for this benefit, provide proof that you applied, follow-up on your application and keep your caseworker advised of the status.
☐ **Provide proof that you applied not later than 30 days from the date of this notice.**

If you are cooperating and are unable to obtain the required verifications, we shall assist you in any way we are able.  Contact the undersigned.  Failure to do so will result in possible adverse action affecting your application.

Very truly yours,

Ms. K. Volino-Purdy
Human Services Specialist

Phone (201) 368-4347
FAX (201) 368-4337

WFNJ-1J Addenda TANFSingle

CASE NAME: **JEANETTE WOOLSEY**   CASE: C120003002   WORKER NO.: A

# Six-Month Change Reporting Requirements
## For Food Stamps, TANF, and GA
### YOUR HOUSEHOLD IS ON "SIX MONTH REPORTING"

- You meet the criteria to be assigned a special "six month report" cycle. The only change you are req report during this cycle is a change in total monthly household income, when the total income for the of people in your household is greater than the amount indicated on the table below.

- To determine your household's total monthly income, add the **gross amount** (the amount before ded are taken out) of your monthly earned income and any unearned income such as Social Security B SSI or other cash assistance that you receive during the month.

- If the total amount is greater than the amount shown below for the number of persons you receiv Stamps for, you must report that total income to us in the first 10 days of the month following the i increase.

- Although you are **not required** to report other changes in your household's circumstances, it may be t advantage to report them **only** if it will result in an increase in your TANF, GA, or FS benefits. Examp those changes may be when another person without income joins your household or when you ha increase in your shelter expenses such as rent.

- HOWEVER, if you do report a change, *we will* take action to recalculate and adjust your benefits. We will also notify you reported change results in either an increase or a decrease in your benefits.

| Number of persons receiving benefits: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Total Monthly Income is greater than: | $1,127 | $1,517 | $1,907 | $2,297 | $2,687 | $3,077 | $3,467 | $3,8 |
| Each Additional Member Add: | | 377 | | | | | | |

❖❖❖ REVISED TO 10/01/2008 FOOD STAMP ELIGIBILITY STANDARDS ❖❖❖

# Regular Food Stamp Change Reporting Requirements
### YOUR HOUSEHOLD IS NOT ON "SIX MONTH REPORTING"

Regular Food Stamp rules require that you report all changes in income, resources, and household size wi 10 days. These changes include:

- A new job
- A new source of unearned income, or a change of more than $50 in your monthly unearned income
- A person who comes into your household or leaves your household
- Acquisition of a vehicle
- Liquid Resources (bank accounts, etc.)
- If you move - you must report the new address and your new shelter costs

The requirements checked above will apply to your Food Stamp case until you receive further notice from us. If you don't report as required, you could receive more food Stamp benefits that you are entitled to. You will have to pay back the extra benefits, and you might also be subject to disqualification from the Food Stamp program and criminal penalties.

**MY REPORTING RESPONSIBILITIES WERE EXPLAINED TO ME.**
**I HAVE RECEIVED A COPY OF THIS NOTICE.**

_Jeanette Woolsey_
JEANETTE WOOLSEY SIGNATURE

1/30/2009
DATE

✓ CLIENT COPY

Form **1040**

Department of the Treasury - Internal Revenue Service

**U.S. Individual Income Tax Return**  (99)  IRS Use Only - Do not write or staple in this space

For the year Jan. 1- Dec. 31, 2008, or other tax year beginning _____, 2008, ending _____, 20___   OMB No. 1545-0074

**Label**  (L A B E L  H E R E)

Use the IRS label.

Otherwise, please print or type.

JEANETTE WOOLSEY
APT 4
404 GARIBALDI AVE
LODI NJ   07644

Your social security number: _____-__-0234

Spouse's social security number

▲ You MUST enter your SSN(s) above. ▲

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ▶   ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**

Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name below. ▶
4 ☒ Head of household (with qualifying person). (See page 15.)  If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5 ☐ Qualifying widow(er) with dependent child (see page 16)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse

| | | | |
|---|---|---|---|
| Boxes checked on 6a and 6b | | | 1 |

c Dependents:

If more than four dependents, see page 17.

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. |
|---|---|---|---|
| R___D R___ | 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 | DAUGHTER | X |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
● lived with you   1
● did not live with you due to divorce or separation ___
Dependents on 6c not entered above ___

Add numbers on lines above ▶   2

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 |
| 8a | Taxable interest. Attach Schedule B if required | 8a |
| b | Tax-exempt interest. Do not include on line 8a | 8b |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a |
| b | Qualified dividends (see page 21) | 9b |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 |
| 11 | Alimony received | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 |  1,800. |
| 13 | Capital gain/(loss). Attach Sch D. If not required, check here ▶ ☐ | 13 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |
| 15a | IRA distributions  15a ____  b Taxable amt. | 15b |
| 16a | Pensions and annuities  16a ____  b Taxable amt. | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
| 18 | Farm income or (loss). Attach Schedule F | 18 |
| 19 | Unemployment compensation | 19 |
| 20a | Social security benefits  20a ____  b Taxable amt. | 20b |
| 21 | Other income. List type and amount (see page 28) _____ | 21 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 |  1,800. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses (see page 28)  23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ  24 | |
| 25 | Health savings account deduction. Attach Form 8889  25 | |
| 26 | Moving expenses. Attach Form 3903  26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE  27  127. | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans  28 | |
| 29 | Self-employed health insurance deduction (see page 29)  29 | |
| 30 | Penalty on early withdrawal of savings  30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ _____  31a | |
| 32 | IRA deduction (see page 30)  32 | |
| 33 | Student loan interest deduction (see page 33)  33 | |
| 34 | Tuition and fees deduction. Attach Form 8917  34 | |
| 35 | Domestic production activities deduction. Attach Form 8903  35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 |  127. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 |  1,673. |

KBA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 88.

Form 1040 (2008)

1040 (2008)   FD1040-1V 1.25

HS NJ

Form 1040 (2008) JEANETTE WOOLSEY ___-__-0234 Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 1,673. |
| | 39a | Check if: You were born before January 2, 1944. Blind. Spouse was born before January 2, 1944. Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 34 & check here ▶ 39b | | |
| **Standard Deduction for –** | c | Check if standard deduction includes real estate taxes or disaster loss (see page 34) ▶ 39c | | |
| ● People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see page 34. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 8,000. |
| | 41 | Subtract line 40 from line 38 | 41 | (6,327. |
| | 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see page 36. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 7,000. |
| ● All others: Single or Married filing separately, $5,450 | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| | 44 | Tax. (see page 36) Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 0. |
| Married filing jointly or Qualifying widow(er) $10,900 | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 | 46 | 0. |
| Head of household, $8,000 | 47 | Foreign tax credit Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| | 50 | Education credits. Attach Form 8863 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit (see page 42). Attach Form 8901 if required | 52 | |
| | 53 | Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | 53 | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 | Add lines 47 through 54. These are your TOTAL CREDITS | 55 | |
| **Other Taxes** | 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- | 56 | 0. |
| | 57 | Self-employment tax. Attach Schedule SE | 57 | 254. |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 | Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Schedule H | 60 | |
| | 61 | Add lines 56 through 60. This is your total tax | 61 | 254. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | |
| If you have a qualifying child, attach Schedule EIC. | 63 | 2008 estimated tax payments and amount applied from 2007 return | 63 | |
| | 64a | Earned income credit (EIC) | 64a | 570. |
| | b | Nontaxable combat pay election 64b | | |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see page 61) | 65 | |
| | 66 | Additional child tax credit. Attach Form 8812 | 66 | |
| | 67 | Amount paid with request for extension to file (see page 61) | 67 | |
| | 68 | Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | 68 | |
| | 69 | First-time homebuyer credit. Attach Form 5405 | 69 | |
| | 70 | Recovery rebate credit (see worksheet on pages 62 and 63) | 70 | |
| | 71 | Add lines 62 through 70. These are your total payments | 71 | 570. |
| **Refund** Direct deposit? See page 63 and fill in 73b, 73c, and 73d, or Form 8888. | 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you overpaid | 72 | 316. |
| | 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 73a | 316. |
| | b | Routing number 071002053 ▶ c Type: ☒ Checking ☐ Savings | | |
| | d | Account number 10877981052600234 | | |
| | 74 | Amount of line 72 you want applied to your 2009 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 61. For details on how to pay, see page 65 | 75 | |
| | 76 | Estimated tax penalty (see page 65) 76 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 66)? ☒ Yes. Complete the following. ☐ No | | |
|---|---|---|---|
| | Designee's name ▶ HR BLOCK | Phone no. ▶ (201) 935-3433 | Personal ID number (PIN) ▶ 28499 |

| **Sign Here** Joint return? See page 15. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | Your signature For Info Only-Do not file | Date | Your occupation AESTHETICIAN |
| | Spouse's signature. If a joint return, both must sign. For Info Only-Do not file | Date | Spouse's occupation |
| | | | Daytime phone number |

| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date 4/15/2009 | Check if self-employed ☐ | Preparer's SSN or PTIN P00407601 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | HRB TAX GROUP INC LODI, NJ 07644 | EIN 43-1871840 | |
| | | | Phone no. (973) 779-1159 | |

1040 (2008)
Form Software Copyright 1996 - 2009 H&R Block Tax Services Inc

FD1040-2V 1.25

Form 1040 (2008)

Form **8879**

Department of the Treasury
Internal Revenue Service

## IRS e- file Signature Authorization

▶ Do not send to the IRS. This is not a tax return.
▶ Keep this form for your records. See instructions.

OMB No. 1545- 0

**2008**

| Declaration Control Number (DCN) ▶ | 00-223795- | -9 |
|---|---|---|

| Taxpayer's name | Social security number |
|---|---|
| JEANETTE WOOLSEY | ▓▓▓-0234 |
| Spouse's name | Spouse's social security number |

**Part I** — **Tax Return Information - Tax Year Ending December 31, 2008 (Whole Dollars Only)**

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 1,673. |
| 2 | Total tax (Form 1040, line 61; Form 1040A, line 37; Form 1040EZ, line 11) | 2 | 254. |
| 3 | Federal income tax withheld (Form 1040, line 62; Form 1040A, line 38; Form 1040EZ, line 7) | 3 | 0. |
| 4 | Refund (Form 1040, line 73a; Form 1040A, line 45a; Form 1040EZ, line 12a; Form 1040- SS, Part I, line 12a) | 4 | 316. |
| 5 | Amount you owe (Form 1040, line 75; Form 1040A, line 47; Form 1040EZ, line 13) | 5 | |

**Part II** — **Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2008, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1- 888- 353- 4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquires and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize **HR BLOCK** to enter or generate my PIN | **10234**
ERO firm name
as my signature on my tax year 2008 electronically filed income tax return.
Enter five numbers, but do not enter all zeros

[ ] I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ _____ COPY ONLY _____ Date ▶ 04/15/2009

**Spouse's PIN: check one box only**

[ ] I authorize _____ to enter or generate my PIN
ERO firm name
as my signature on my tax year 2008 electronically filed income tax return.
Enter five numbers, but do not enter all zeros

[ ] I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____ COPY ONLY _____ Date ▶ _____

### Practitioner PIN Method Returns Only - continue below

**Part III** — **Certification and Authentication - Practitioner PIN Method Only**

ERO's EFIN/PIN. Enter your six- digit EFIN followed by your five- digit self- selected PIN. | **22379573807**
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2008 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345**, Handbook for Authorized IRS e- file Providers of Individual Income Tax Returns.

ERO's signature ▶ _____ Date ▶ 04/15/2009

### ERO Must Retain This Form - See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

KBA  For Privacy Act and Paperwork Reduction Act Notice, see page 2 of form.

Form **8879** (2008)

8879(D) (2008)                  FD8879D- 1V 1.0

Case 2:17-cv-06195-JMV-MF    Document 1    Filed 08/16/17    Page 15 of 21 PageID: 15

EVIDENCE #16

## Program:

### Welcome

### Ocean School
### with songs:

Octopus' Garden
Hip Hop to the Alphabet
Count by 5's
Days of the Week
We Follow the Rules
"L-I-K-E", "T-H-A-T"
Head, Thorax, Abdomen
Jesus Loves Me
The More We Get Together
Octopus' Garden revisited

### Slide Show
### Song of Consecration

### Refreshments
*Thank you and have a wonderful summer!*
*Love, Mrs. Baker and Mrs. Palm*

## Starring:

Andrew DiDonna
Camille Voner
Cosimo Spiotta
Egan Banbury
Gabriel Carr
Giselle Vargas
Issabella Zelinsky
Kolby Jackson
Lucas Dippel
McKenna Boye
Om Raval
R███ M████
Sean Vasquez
Yannis Herrera

Antonio Sardegna
Conor Sullivan
Dylan Lubcker
Eva Hasbrouck
Gabriella VanDyke
Isabelle Keller
Jose Pina-Ramos
Loralei Spada
Mark Lekaj
Olivia Bower
Oscar Penarrieta
Ivan Romero-Lopez
Shia Gayle





EVIDENCE #21
1 PAGE 2 SIDED
CU-17-33
CU-17-74

Case 2:17-cv-06195-JMV-MF    Document 1    Filed 08/16/17    Page 16 of 21 PageID: 16

"My Wish"
I hope the days come easy and the moments pass slow,
And each road leads you where you want to go,
And when you're faced with a choice, and you have to choose,
I hope you choose the one that means the most to you.
And if one door opens to another door closed,
I hope you keep on walkin' till you find a window,
If it's cold outside, show the world the warmth of your smile.

But more than anything, more than anything,
My wish, for you, is that this life becomes
all that you want it to,
Your dreams stay big, and your worries stay small,
You never need to carry more than you can hold,
And while you're out there getting where you're getting to,
I hope you know somebody loves you,
and wants the same things too.
Yeah, this, is my wish.

I hope you never look back, but you never forget,
All the ones who love you, in the place you left.
I hope you always forgive, and you never regret,
And you help somebody every chance you get.
Oh, you find God's grace in every mistake,
And you always give more than you take..

But more than anything, yeah, and more than anything,
My wish, for you, is that this life becomes
all that you want it to,
Your dreams stay big, and your worries stay small,
You never need to carry more than you can hold, ·
And while you're out there getting where you're getting to,
I hope you know somebody loves you,
And wants the same things too.
Yeah, this, is my wish.

~Rascal Flatts

St. Joseph School Kindergarten

presents...

# Commotion

# in the Ocean



June 19, 2014

AFFIRMATION 6/17/17                    EVIDENCE #7

I, Howard Harris, duly affirm that Jeanette Woolsey Ross and R██ M████████ R██ were residents and ~~and~~ domiciled at 404 Garibaldi Avenue, Lodi, N.J. in 10028, And on May 14, 2009, When R██ M████████ R██ was unlawfully seized by the State of New York.

I also affirm that Desiree and Charles Mitzel were granted temporary guardianship in violation of rules, laws and codes.

They have facilitated custodial interference, and as the uncle of R██ M██████ R██, Howard Harris, and former foster parent of R prior to Desiree and Charles Mitzel being granted temporary guardianship in Orange County, New York, in violation of rules, laws and codes.

I object to the ongoing proceedings and do not consent to R██ M████████ R██, being adopted by the Mitzels.

R██ M████████ R██ should be with her biological parents, Jeanette Woolsey Ross and Howard Ross, who were residents of the State of New Jersey.

HOWARD HARRIS

Howard Harris
2785 W. 5ᵀᴴ ST., LF
B'KLYN, N.Y 11224
646 345-8277

**Gary S Borer PhD.**
**Psychologist**
0-28 Pine Avenue
**Fair Lawn, NJ 07410**
**201 791 4116**

June 28, 2010
Psychological Update
Re: Jeannette Woolsey

Jeannette continues to see me for weekly therapy sessions per court request. She has complied 100% by attending sessions on a weekly basis for the purpose of seeking re-unification with her daughter R███. During the sessions Jeannette has expressed concern for R███ who cries upon the separation after the visits. As a psychologist who has been in practice for over 30 years and taught college courses in child development it is strongly suggested that irreparable harm may be caused to R███ by the separation from her mother. Days in the life of a toddler is equal to months and years to an adult. Jeannette has unsupervised visitation with her other two children. Why then is she not permitted unsupervised visits with R███ where she would be able to take R███ to visit her siblings? Jeannette would also benefit psychologically by being permitted to take R███ out for family gatherings.

Gary S. Borer PhD.
Psychologist

*#11*
*NS*

EVIDENCE #1

*ICPC-100A (Rev. 8/200?)*

*EVIDENCE #2*

ONE FORM PER CHILD
PLEASE TYPE

## INTERS?

**TO:** *New Jers?*

**PLACEMENT OF CHILDREN REQUEST**

**FROM:** *New York State ICPC*

Notice is given of intent to place – Name of:
R_____ R_____

**IDENTIFYING DATA:**

| Ethnicity: | Hispanic Origin: | ☐ Yes  ☑ No |
| | | ☐ Unable to determine/unknown |

Social Security Number:

| Race: | ☐ American Indian or Alaskan Native | ☐ Black or African American |
| | ☐ Asian | ☑ White |

**Sex:** *Female*  **Date of Birth** *3/10/08*

☐ ...tion
☐ Pending

Name of Mother: *Jeanette Woolsey*

Name of Father: *Howard Ross*

Name of Agency or Person Responsible for Planning for Child:
*Orange County Dept of Social Services*

**Phone Number:** *845 291-2825*

Address: *23 Hatfield Lane Goshen, New York 10924*

Name of Agency or Person Financially Responsible for Child:
*Orange Co Dept of Social Services*

**Phone Number:** *291-2825*

Address: *23 Hatfield Lane Goshen, New York 10924*

**SECTION II – PLACEMENT INFORMATION**

Name of Person(s) or Facility Child is to be placed with:
**Howard Ross & Jeanette Woolsey**

Address: *704 Garibaldi Ave. Lodi, NJ 07644*

| Soc. Sec. No. (optional): |
| Soc. Sec. No. (optional): |

Phone Number: *973-317 4067*

Type of Care Requested:

☐ Parent
☐ Relative (Not Parent) Relationship:
☐ Other:

☐ Foster Family Home
☐ Group Home Care
☐ Child Caring Institution
☐ Residential Treatment Center
☐ Institutional Care-Article VI, Adjudicated Delinquent

☐ ADOPTION
  ☐ IV-E Subsidy
  ☐ Non IV-E Subsidy
  To Be Finalized:
  ☐ Sending State
  ☐ Receiving State

RECEIVED JAN 15 2010 NYS ICPC

Current Legal Status of Child:
☑ Sending Agency Custody/Guardianship
☑ Parent Relative Custody/Guardianship
☐ Court Jurisdiction Only

☐ Protective Supervision
☐ Parental Rights Terminated-Right to Place for Adoption
☐ Unaccompanied Refugee Minor
☐ Other:

**SECTION III – SERVICES REQUESTED**

Initial Report Requested (if applicable)
☑ Parent Home Study
☐ Relative Home Study
☐ Adoptive Home Study
☐ Foster Home Study

Supervisory Services Requested:
☑ Request Receiving State to Arrange Supervision
☐ Another Agency Agreed to Supervise
☐ Sending Agency to Supervise

Supervisory Reports Requested:
☑ Quarterly
☐ Semi-Annually

Name and Address of Supervising Agency In Receiving State:

Enclosed:
☑ Child's Social History
☐ Home Study of Placement Resource

☑ Court Order
☐ ICWA Enclosure

☑ Financial/Medical Plan
☐ IV-E Eligibility Documentation

☑ Other Enclosures

Signature of Sending Agency or Person: *Connie Laliano  Case Supervisor  Orange Co DSS*

Signature of Sending State Compact Administrator, Deputy or Alternate:

Date: *1/12/10*

March 22, 2010

**SECTION IV – ACTION BY RECEIVING STATE PURSUANT TO ARTICLE III (d) OF ICPC**

☐ Placement may be made
☒ Placement shall not be made

Remarks:

Signature of Receiving State Compact Administrator, Deputy or Alternate: *Carey McKenna*

Date: *5/27/10*

DISTRIBUTION (Complete six (6) copies):
- Sending Agency retains (1) copy and forwards completed original plus four (4) copies to:
- Sending Compact Administrator, DCA or alternate retains a (1) copy and forwards completed original and th... ...
- Receiving Agency Compact Administrat... ...

**COURT : COUNTY OF**
**STATE OF**: *New Jersey*

----------------------------------------x

**IN THE MATTER OF**

R███ M███████ R██
STATE OF New Jersey

Jeanette Woolsey-Ross
Huward Ross
V
Desiree Mitzel
CHARLES MITZEL

----------------------------------------x

Docket No. FD-02-14-17
Family File No. New Jersey
Superior Court
New Jersey appellate
Court
Re-R███ M███
R██ Home State

**Subpoena** New Jersey

Duces Tecum

## The People of the State of

**To:** Robert Terwilleger, Attorney at Law

**Kingston, New York**

**Greeting:** You are Being called To Testify in the Home State of New Jersey of Re-Reece MiKaylah Ross.

**We Command You**, That all business and excuses being laid aside, you and each of you appear and attend before the Appellate NJ court one of the Judges of the To Be Set, you will Be Receiving a deposition seediecling in The State of New Jersey. I will Be a Conflict of Interest to Continue to Rep, and at any recessed or adjourned date to give testimony in this proceeding on the part of the Respondent. As Assigned Counsel, in New York State you must Recuse yourself, As you will Be called To Testify in New Jersey.

**Failure to comply** with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

*Effective January 1, 2002, all papers delivered to the Court pursuant to this subpoena shall be accompanied by a copy of the subpoena.*

Jeanette Woolsey-Ross
Huward Ross
Pro Se Litigant

Helpful Hints:

~ All original papers submitted for consideration to the Court are to be filed with the **Clerk of this Court**. Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting pro se). Proof that service has been made is provided by a certificate of service. This certificate should be filed in the case along with the original papers and should show the day and manner of service.

Example:    "I, (name), do hereby certify that a true and correct copy of the foregoing (name of pleading or other paper) has been served upon (name(s) of person(s) served) by placing the same in the U.S. Mail, properly addressed this (date) day of (month), (year)."

_____
(Signature)

~ Any request for court action shall be set forth in a motion, properly filed and served. (Please see the Motion Guide included in this packet.)

~ No direct communication is to take place with the District Judge or United States Magistrate Judge with regard to this case. **All relevant information and papers are to be directed to the Clerk.**

~ The parties should notify the Clerk's office when there is an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights.